IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER PADILLA,
individually and on behalf of similarly
situated persons,

        Plaintiff,

    v.                                      Case No. 1:22-CV-00044-WJ-LF

WORKING BETTER TOGETHER, LLC,
d/b/a PAPA JOHN'S PIZZA,

        Defendant.

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, filed September 27, 2022 [ECF No. 20] ("Joint Stipulation"). The Court has reviewed the Joint Stipulation, the Court's file, and is otherwise fully advised in the premises. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby ORDERS that his case is DISMISSED WITH PREJUDICE, with the parties bearing their own costs, fees, and expenses related to this matter.

IT IS SO ORDERED.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE